UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN,<br><br>      Plaintiff,<br><br>  -against-<br><br>ELI WEISMAN et al.,<br><br>      Defendants. | 24-CV-7097 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's **September 19, 2024** Order, ECF No. **12**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **December 11, 2024**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 16, 2024**.

  SO ORDERED.

Dated: December 13, 2024
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge