UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN,<br><br>                              Plaintiff,<br><br>         -against-<br><br>ELI WEISMAN et al.,<br><br>                              Defendants. | 24-CV-7097 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **September 19, 2024** Order, ECF No. 12, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **February 12, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 18, 2025**.

      SO ORDERED.

Dated: February 13, 2025
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                   United States District Judge