UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

                                    Plaintiff,

                    -against-

ELI WEISMAN et al.,

                                    Defendants.

24-CV-7097 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 Pursuant to the Court's **September 19, 2024** Order, ECF No. 12, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **February 12, 2025**. After the parties failed to meet that deadline, the Court extended the deadline *nunc pro tunc* to February 18, 2025. *See* ECF No. 16. Once again, the parties didn't meet the deadline. The Court will extend the deadline one final time to **February 21, 2025 at 2:00 PM EST**. Failure to file the required joint letter and proposed case management plan by this deadline will result in this case being dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

 SO ORDERED.

Dated: February 19, 2025
  New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge