UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ELI WEISMAN et al.,<br><br>                              Defendants. | 24-cv-7097 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **5:00 PM** on **Monday, May 12, 2025**, plaintiff should advise the Court as to whether defendants have been served, whether plaintiff's counsel has served his motion to withdraw on plaintiff, and whether plaintiff has secured new counsel, per the Court's previous order. *See* Dkt. 19. A failure to meet this deadline will result in dismissal of this case for want of prosecution. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: May 8, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge