UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

                Plaintiff,

    -against-

ELI WEISMAN et al.,

               Defendants.

24-cv-7097 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court's previous order directed plaintiff to advise the Court as to whether defendants have been served, whether plaintiff's counsel has served his motion to withdraw on plaintiff, and whether plaintiff has secured new counsel, per the Court's previous order. *See* Dkt. 20. To date, plaintiff has made no such filing.

    The Court will extend the deadline—one final time—to **5:00 PM** on **May 23, 2025**. A failure to meet this deadline will result in dismissal of this case for want of prosecution. *See* Fed. R. Civ. P. 41(b). The May 16 conference is adjourned *sine die*.

    SO ORDERED.

Dated: May 16, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge