UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

TODD GOLDMAN,

        Plaintiff,

    -against-               1:24-cv-07097-AS

QUALITY ART AUCTIONS, INC., et al.,

        Defendants.

-------------------------------------------------------X

### ORDER AUTHORIZING ALTERNATIVE SERVICE

### (FRCP 4(e)(1), 4(h)(1)(A); CCP § 413.30; Cal. Corp. Code § 2111)

Upon the emergency motion of pro se plaintiff Todd Goldman, and the Court finding that traditional methods of service are impracticable,

IT IS HEREBY ORDERED that plaintiff is authorized to serve defendants as follows:

A. Defendant QUALITY ART AUCTIONS, INC. shall be served via the California Secretary of State pursuant to Cal. Corp. Code § 2111 by delivering/FedEx'ing to the Secretary of State in Sacramento:

- Two copies of the Summons and Complaint

- A copy of this Order

- A $50 check payable to "California Secretary of State"

- The affidavit of registered process server Kuntak Fok (with ABC Legal logs as Exhibit A)

Service on QUALITY ART AUCTIONS, INC. shall be complete ten (10) calendar days after receipt by the Secretary of State.

B. Individual defendants ELI WEISMAN, NOAH WEISMAN, and ROY REVIVO shall be served concurrently by all of the following methods:

1. Certified mail, return receipt requested, and first-class mail to their last known addresses:

- Eli Weisman and Noah Weisman – 5300 W 83rd St, Los Angeles, CA 90045

- Roy Revivo – 12358 Tiara St, Valley Village, CA 91607

2. Email to their known personal addresses and to info@qart.com (for Eli and Noah Weisman)

Service on the individual defendants shall be deemed complete five (5) calendar days after the certified and first-class letters are mailed or upon sending the emails, whichever occurs first.

Plaintiff shall file proof of service (USPS receipts, photographs, email headers) promptly thereafter.

SO ORDERED.

Dated: New York, New York

_____December 3_, 2025

_____

HON. ARUN SUBRAMANIAN

United States District Judge