UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD GOLDMAN,<br><br>                     Plaintiff,<br><br>       -against-<br><br>ELI WEISMAN et al.,<br><br>                Defendants. | 24-CV-7097 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On January 23, 2026, plaintiff filed a motion to transfer venue to the United States District Court for the Central District of California. Dkt. 38. By **Friday, February 6, 2026**, defendants shall notify the Court whether they consent or object to plaintiff's motion.

SO ORDERED.

Dated: January 30, 2026
      New York, New York

                                         ARUN SUBRAMANIAN
                                  United States District Judge