UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD GOLDMAN,

                              Plaintiff,

          -against-

ELI WEISMAN et al.,

                              Defendants.

24-CV-7097 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

     Because plaintiff's counsel has been disbarred, the Clerk of Court is respectfully directed to terminate plaintiff's counsel from the docket. *See* Dkt. 23. Plaintiff is now proceeding pro se. *See* Dkt. 22.


          SO ORDERED.

Dated:  April 2, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge